# In the United States Court of Federal Claims

**No. 00-617 C**

**CHARLES CARLSEN, ET AL.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion, filed August 25, 2006, granting defendant's motion for summary judgment, and denying plaintiff's cross-motion,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of the defendant and the complaint is dismissed. No costs.

Brian Bishop
Clerk of Court

**August 28, 2006** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.