ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
OCT 25 2006
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CHARLES CARLSEN, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 00-617C |
| | ) Senior Judge Bruggink |
| THE UNITED STATES, | ) |
| Defendant. | ) |

PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs Charles Carlsen, *et al.*, by their undersigned attorney, hereby give Notice that all the plaintiffs in the above-named case (Charles Carlsen, John Damico, Lourdes Natal, and John W. Tucker) hereby appeal to the United States Court of Appeals for the Federal Circuit from the final Judgment entered in this action on August 28, 2006, granting defendant's motion for summary judgment against all four plaintiffs.

Defendant is represented in this action by the attorney listed in the Certificate of Service below.

Respectfully submitted,

ALAN BANOV
Alan Banov & Associates
1819 L Street, N.W., Suite 700
Washington, D.C. 20036-3830
(202) 822-9699
Fax: (202) 842-9331
ab@banovlaw.com
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 25, 2006, two courtesy copies of the foregoing Plaintiffs' Notice of Appeal were served by first-class mail, postage prepaid, upon defendant's counsel at the following address:

Domenique Kirchner, Esq.
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
1100 L Street N.W.
Washington, D.C. 20530

ALAN BANOV