ORIGINAL

# United States Court of Appeals for the Federal Circuit

2007-5011

CHARLES E. CARLSEN, JR., JOHN T. DAMICO, LOURDES NATAL and JOHN TUCKER, SR.,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

FILED
JUN 2 2008
U.S COURT OF FEDERAL CLAIMS

---

2007-5099

PATRICK SHEA,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

## Judgment

ON APPEAL from the United States Court of Federal Claims

in CASE NO(S) 00-CV-617 and 03-CV-446.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.**

ENTERED BY ORDER OF THE COURT

DATED APR - 9 2008

Jan Horbaly, Clerk

ISSUED AS A MANDATE: JUN 0 2 2008

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

By: Date: 6/2/08

# United States Court of Appeals for the Federal Circuit

ERRATUM

April 29, 2008

Appeal No 2007-5011,-5099, Carlsen-Shea v US

Precedential Opinion

Decided: April 9, 2008

Line 12 of footnote 1 on page 10 should read as follows:

apply to federal employees who are not covered by the Fair Labor Standards Act, the pertinent OPM regulations regarding preliminary